UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 42863
   VALERIE A SMITH
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4037
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 10/03/05 and confirmed on 11/18/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 8680.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFFORDABLE CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS MASTER T | UNSECURED | 1408.83 | .00 | 1408.83 |
| HEIGHTS FINANCE | UNSECURED | 2082.12 | .00 | 2082.12 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KRAFT EYE INSTITUTION | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| SHERATON CHICAGO HOTEL | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 332.76 | .00 | 332.76 |
| DECEMBER INVESTMENTS | UNSECURED | 1664.01 | .00 | 1664.01 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 5487.72 | .00 | 5487.72 |
| PRINCIPAL PAID | .00 | .00 | 5487.72 | .00 | 5487.72 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5487.72 | .00 | 5487.72 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 278.25 .

Refunds to the Debtor totaled $ 214.03 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/18/08  /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 42863 VALERIE A SMITH